Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT

for the

District of

Division

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2022 NOV 15 P 4:27

CV 4 2 2 07 2 3

Case No. _____

*(to be filled in by the Clerk's Office)*

| | |
|---|---|
| Malik Ja'relle Williams | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |
| **-v-** | ) |
| | ) |
| | ) |
| Dollar Tree Inc. | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |

Jury Trial: *(check one)*  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Malik Ja'relle Williams |
| Street Address | 51 Fiore Dr. |
| City and County | Savannah and Chatham |
| State and Zip Code | Georgia and 31419 |
| Telephone Number | 912-572-8094 |
| E-mail Address | Jarellewill@icloud.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

|  |  |
|---|---|
| Name | Dollar Tree Inc. |
| Job or Title *(if known)* | |
| Street Address | 151 Crossroads Pkwy |
| City and County | Savannah and Chath4am |
| State and Zip Code | Georgia and 31407 |
| Telephone Number | (912) 965-1994 |
| E-mail Address *(if known)* | |

Defendant No. 2

|  |  |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

|  |  |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

|  |  |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A.   The Plaintiff(s)

1.   If the plaintiff is an individual

The plaintiff, *(name)*   Malik Ja'relle Williams   , is a citizen of the State of *(name)*   Georgia   .

2.   If the plaintiff is a corporation

The plaintiff, *(name)*   Dollar Tree Inc.   , is incorporated under the laws of the State of *(name)*   Georgia   , and has its principal place of business in the State of *(name)*

Virginia   .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.   The Defendant(s)

1.   If the defendant is an individual

The defendant, *(name)*   _____ , is a citizen of the State of *(name)*   _____ . Or is a citizen of *(foreign nation)*   _____

2.   If the defendant is a corporation

The defendant, *(name)*   Dollar Tree Inc.   , is incorporated under the laws of the State of *(name)*   Georgia   , and has its principal place of business in the State of *(name)*   Virginia   . Or is incorporated under the laws of *(foreign nation)*   _____ , and has its principal place of business in *(name)*   Virginia   .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

This amount is for punitive damages. The defendant intentionally jeopardizes my life. 15,000,000,000 Dollars will deter this company that yearly make billions of dollars from misconduct.

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On *(date)*      12/01/2021      , at *(place)*    Dollar Tree Distribution Center                                      ,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

This facility have a unknown amount of rodents inside of it. I was instructed to work through these rodent issues and caught a disease many times. I was instructed to pick up rodents dead or alive. I killed them by throwing the in a trash compactor. These rodents have lived off the supply inside this warehouse. This facility can be shut down and professional exterminators take all of these issues away. The supervisors and human resources employees tell me to handle the issues.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

My managers neglected me. They made managing rodents apart of my job and did not give me the proper personal equipment (PPE). I was decline pay raises that could have helped. Other co-workers did not have to cope with rodents in their surroundings. Instead I was called to exterminate the rodents.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

There is an untold exact number of rodents inside of this company warehouse in Georgia. These rodents gave me a disease during a global pandemic multiple time. I have talked to many of my superior staff members but they still made me handle the rodents in our environment. Dollar Tree Inc. net worth is 36.53 billion dollars according to macrotrends.net as of November 11, 2022. My punitive damages claim may make this company take the right steps whenever issues happen.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            11/14/2022

Signature of Plaintiff          *Malik J W.*
Printed Name of Plaintiff      Malik Ja'relle Williams

### B.     For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

# OUR COMPANY



## WELCOME TO DOLLAR TREE!

Dear Associate,

Congratulations and welcome to a retail success story, Dollar Tree! Today's Dollar Tree (referred to as "Dollar Tree" or "Company") is made up of two banners and is an American retail phenomenon. The Company's first single price-point Dollar Tree store opened in Dalton, Georgia in 1986. The first Family Dollar multi price-point store opened in November 1959. Since our humble beginnings we have grown to more than 15,000 stores. Both banners emphasize value, convenience and excitement for our customers.

Dollar Tree has grown into a large, successful Company based on a foundation of respect, integrity and service. We continue growing with both single price-point and multi price-point formats.

Giving our customers excellent service and merchandise at an incredible value is what makes our Company a retail leader. Adopt it as your goal too and success will follow. Our success at Dollar Tree and Family Dollar is because of our people. Our future growth and continued success depend on enthusiastic, talented Associates like you. We believe the Company benefits from a diversity of perspectives so we foster a culture of equality and inclusion. We strive for better and equal outcomes for all.

We want you to be an integral part of this dynamic organization where you have many opportunities to grow your career. We hope you will take pride in your performance and participate in the professional and personal rewards associated with being a member of Dollar Tree and Family Dollar. Together, we perform better as the Power of One.

We are proud to have you on board!

Sincerely,

Mike Witynski
President and Chief Executive Officer

family dollar rodents infestation - Google Search

# Google

family dollar rodents infestation     ✕ | 🎤 | 📷 | 🔍

🔍 All    🛒 Shopping    🖼 Images    📰 News    📹 Videos    ⋮ More       Tools

⚙ | ⚏ | ⬤

About 117,000 results (0.79 seconds)

The F.D.A. said in February that **more than 1,100 dead rodents were found inside the distribution center in West Memphis, Ark.**, after it was fumigated. As a subscriber, you have 10 gift articles to give each month. Anyone can read what you share. May 19, 2022

https://www.nytimes.com › arkansas-family-dollar-closing   ⋮

### Family Dollar to Close Warehouse After Rodent Infestation



ⓘ About featured snippets   ·   ⓘ Feedback

## People also ask   ⋮

Does Family Dollar have a rodent infestation?

"You still smell rat feces and urine." The rats befouled products and plagued workers throughout 2021, eventually prompting a safety alert from the US Food and Drug Administration and a recall of goods at Family Dollar stores in six states. **The FDA is still investigating.** Jul 20, 2022

https://www.bloomberg.com › news › articles › rat-infe...   ▾

### Family Dollar Warehouse Closed After Rats, Bad Conditions

Search for: Does Family Dollar have a rodent infestation?

Which Dollar store has the rat infestation?

Does Dollar Tree have a rodent problem?

**Dollar Tree workers have complained about rodents in the company's stores.** In a new report from Insider, 12 former and current Dollar Tree and Family Dollar workers spoke out against the company for "unhygienic and disgusting" conditions in the company's stores. Mar 28, 2022

https://bestlifeonline.com › dollar-tree-rodent-news

### Dollar Tree Is Under Fire for Reported Rodent Complaints - Best Life

Search for: Does Dollar Tree have a rodent problem?

What states are affected by the Family Dollar rodent infestation?

What 5 things should you not buy at the dollar store?

What should you not buy at the Dollar?

What city is most infested with rats?

What city has the highest rat problem?

What is the most rat infested place?

How do grocery stores keep rodents out?

What is considered an infestation of rodents?

See photos       Se

## Family Dollar

| Website | Directions | Save | Call |

3.4       198 Google reviews

$   •   Dollar store in Savannah, Georgia

Discount chain carrying a variety of goods, including groceri household items & beauty products.

Service options: In-store shopping

Address: 3107 Montgomery Ave, Savannah, GA 31405

Hours: Open · Closes 10PM ▾

Order: familydollar.com, instacart.com      Pr

Phone: (912) 645-9582

Suggest an edit

## Questions & answers

See all questions (5)       Ask a

## Popular times ⓘ

| MON | TUE | WED | THU | FRI | SAT |

◯ Live: A little busy

9a      12p      3p      6p      9

⏱ People typically spend 10 min here

Send to your phone

# Dollar Tree Direct Order Confirmation

Customer Name:   MALIK WILLIAMS
Receipt #:   7316505
Customer Order #:   EC357005326
Reference #:   8911444
Store #:   809
Ship Date:   08/24/2021

```
┌──────────────── At The Register ────────────────┐
│                Scan this bar code                │
│        ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖        │
│      Otherwise, press  F5  and enter  7316505     │
└──────────────────────────────────────────────────┘
```

## Order Information

| SKU | Description | Qty Ordered | Picked Up |
|---|---|---|---|
| 288908 | BLACK LINES 6IN BOWL | 12 | 12 |
| 288933 | BLACK LINES 7.5IN SIDE PLATE | 12 | 12 |
| 301832 | DTD LEXINGTON ICE CREAM DISH | 12 | 12 |
| 307369 | GOLD METALLIX FLUTED CHARGER | 12 | 0 |

## Terms & Conditions

- Shipping charges may apply.
- Handling fees may apply. If you have purchased individual units of a product, a handling fee will be applied to each unit.
- Your credit/debit card will be charged once your order ships. When you place your order, we will put a Pending Authorization on your credit/debit card account for the entire amount of your order. A Pending Authorization means your card issuer will hold the funds pending shipment of your order. This will show up as a "Pending Transaction" on your account. Once we've shipped your order, your credit/debit card will actually be charged. If your order is being shipped from multiple locations, you may see separate charges on your account for each shipment.
- If you have purchased products in full case quantities, please note that some cases come in assortments of styles and colors which cannot be altered. See the item's description on our website.
- So that we may continue to provide you extreme value, we do not offer refunds and consider all sales final.

If you are purchasing the product(s) for resale, you understand and agree that it is your responsibility not to alter or remove any labeling of restrictions or requirements that may be shown on the product(s) and to warn your customers in the event of any future product safety issues or recalls.



*This certifies that*

## Malik Williams

*Has successfully completed the*

*Dollar Tree Distribution Center*

*Train the Trainer Program*



**Dollar Tree.**

*Adam Brodie*
DC General Manager

_____
Facilitator

# RE: Operation Housekeeper Question

### Noira Notarte

Tue 9/8/2020 1:15 PM

To:Shakari Smiley <ssmiley5@dollartree.com>;

There is no pay increase, but I will look into his current pay because he may be due a 30 or 90 day increase.

From: Shakari Smiley
Sent: Tuesday, September 08, 2020 12:10 PM
To: Noira Notarte <NNOTARTE@dollartree.com>
Subject: Operation Housekeeper Question

Good Morning,

I have an associate (Malik Williams - Team 1 OS) who has questions about being apart of housekeeping. He is currently in Order Selection but has been doing housekeeping. He would like to know if his pay will increase to $15/hour if he transfers fully to Housekeeping.

Best Regards,

**DOLLAR TREE   FAMILY DOLLAR**

Shakari Smiley | DC5 Maintenance Manager
151 Crossroads Pkwy, Savannah, GA 31407
912-965-1994 ext 24523
ssmiley5@dollartree.com

## Mail

Search Mail and People

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ○ New | Delete | Archive | Junk | Sweep | Move to | Categories | Undo |

**Favorites**
Michael McCormick

| | |
|---|---|
| Inbox | 809 |
| Drafts | 3 |
| Sent Items | |
| Deleted Items | 3 |
| Junk Email | |
| Notes | |
| O/S | 2 |
| Shipping | |

### Inbox                    Filter

**Bernorsey Lemon**
snapshot                                      9:38 PM
Team, Please review your department goals below...

**Bernorsey Lemon**
Team 3 plan                                   9:33 PM
Good Evening , OB plan reflect new hire hours incl ...

**Bernorsey Lemon; Marci Fer...**
New Hire Orientation 2/16/2021    (2)   9:24 PM
2 Clark, Robert 3 Ord Wednesday 2X 14624 30368...

**Melvin Kimble**
Aisle 2 Rec end Non-con                       9:05 PM
_____ From: MELVIN KIM...

**Melvin Kimble**
Aisle 3 rec end Non - con                     9:04 PM
_____ From: MELVIN KIM...

**noreply@dollartree.com**
Yard Report                                   9:00 PM
Yard Report

**Timothy Bailey; Donald Purvis**
Stored product in front of receiving   (3)   8:21 PM
Let them know to move them tomorrow morning...

**Timothy Bailey; Donald Purvis**
Do we have a project going in aisle -  (3)   8:19 PM
Operations Team, The strays need removed from...

**Anjanette W Williams**
siffron PAST DUE BALANCE-9544556              8:09 PM
DCS The PO below was received short by 14 carton...

**Bernorsey Lemon**
Nightly meeting                               7:42 PM
Team, We will meet at 8:30pm once the safety mee...

**Melvin Kimble; Timothy Bailey**
Non Con Aisle 2 and 3                         7:33 PM
Clean aisle 2 & 3 from the breeze way to the receiv...

**Melvin Kimble**
MOd! / Non-con score card                     7:06 PM
(No message text)

**John Morgan**
Updated - Imports Delivery Plan - 2/15/21     6:57 PM
All, "Pending updates for DC11" Please find the atta...

**Michael McCormick**
Tote Schedule 2/17/21                         6:44 PM
Michael McCormick OS Manager DCS 151 Crossroa...

**Chad H. Davis**
Positive COVID Case in the Building           6:07 PM
Team, We have experienced out first positive COVI...

noreply@dollartree.com

### Mod 3 is bad

**Timothy Bailey**                            Reply all |
Today, 3:23 PM
DCS Managers

Label: 15 Months retention (1 year, 3 months, and 1
day) Expires: 5/19/2022 3:23 PM

Mod 3 is in bad shape.
B, C, D levels are really bad
Product under the belt.
Label backing and trash in wall ways

Sent from my iPhone

*(handwritten notes)*

☐ Mod 3 "C" level
Clean under belt
tURN before crossover
to merge lanes.
(catwalk)

Clean trash/cases
from Firedoor area
coming out of mod
4 towards mod 3.

☐ Aisle 48 pf. 273
Clean pallet/trash.



# OFF-LINE PRODUCTIVITY SHEET

SHIFT: 3rd

ASSOCIATE Malik W.          DATE: 12/1/2021

| | Aisle | WAVE | START LOCATION | END LOCATION | TOTAL PICKED |
|---|---|---|---|---|---|
| | 15 | 302 | 159 | 257 | 110 |
| | 16 | 302 | 147 | 254 | 86 |
| | 13 | 303 | 168 | 252 | 132 |
| | 14 | 303 | 158 | 255 | 69 |
| | 15 | 303 | 152 | 257 | 74 |
| | 16 | 303 | 147 | 254 | 62 |
| | 17 | 303 | 150 | 258 | 76 |
| | 18 | 303 | 150 | 257 | 111 |
| | 21 | 303 | 164 | 260 | 80 |
| | 22 | 303 | 149 | 261 | 78 |
| | 23 | 303 | 152 | 265 | 106 |
| Wave 302 | CUTS | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

COMMENTS

-I was told to work in breakpac before lunch

-Before the third break I was told in front of all of the managers + ops manager to use the box compacter (cardboard) + throw Misc. boxes inside doors on the shipping dock.

```
209    275
 99
110
```

```
296
210
 86
```



Kevin Johnson
Direct Dial (757) 321-5462
Email kevjohnson@dollartree.com

September 2, 2021

U.S. Department of Labor
Occupational Safety and Health Administration
Savanah Area Office
450 Mall Boulevard Suite J
Savanah, GA  31407

***Sent via email to:*** OSHASavannah@dol.gov

     RE:    Complaint #1799532
               Dollar Tree Distribution Center #5
               151 Crossroads Parkway
               Savannah, GA  31407

To Whom It May Concern:

In response to the Complaint #1799532, for Distribution Center #5 in Savannah, GA please see the outline below indicating existing procedures and or actions taken:

- With regards to the allegations that employees are operating industrial trucks and not coming to a complete stop at posted stop sings in the MOD Three (3) area of the warehouse, these potential hazards were investigated by the leadership team at this Distribution Center.

  Stand down meetings have been held with all powered industrial truck operators and was completed on August 23, 2021 for all shifts.  Topics included Powered industrial truck safety with an emphasis on stopping at all intersections and horn usage prior to entering intersections.

  Powered industrial truck safety observations were conducted on each shift with assistance of hourly safety team members.  Observations were focused on entering intersections at the ends of aisles.  Criteria of observation included entering intersection forks first, not stopping, driving with high forks and horn usage.  Safety observations concluded that powered industrial trucks on Team 3 had episodes of non-compliance of not stopping when entering intersections. Specifically at the end of MOD 3 and the Receiving department.  Moving forward non-compliance will be addressed as future observations will take place on a regular cadence. Attached please find photos the posted 'STOP' signs and 'SLOW' signs for our powered industrial truck operators to follow (EXHIBIT A);

- With regards to the allegations that employees operate backpack blowers for cleaning and are not provided safety glasses and hearing the protection, the allegations were investigated by the leadership team at this Distribution Center. Safety glasses and hearing protection is readily available as personal protective equipment for employees working within the distribution center. The distribution center has an electrical powered blower that is used within the building for cleaning purposes and gas powered blowers for use on the exterior buildings grounds. The investigation revealed that the electrical powered blower was not charged and the associate was asked to use the gas powered blower within the building. The gas powered blower has since been secured and is no longer available to be used within the building. Attached please find photos of the battery operated blower that is periodically used in the distribution center (EXHIBIT B); and

- Enclosed is a copy of the posted Certificate of Posting and Letter of Complaint (APPENDIX A).

Please do not hesitate to contact me should you require additional information.

Kind Regards,
Dollar Tree Management, Inc.

*Kevin Johnson*

Kevin Johnson
Manager, DC Regulatory Compliance

Enclosed

APPENDIX A

Attachment A

## CERTIFICATE OF POSTING
## OSHA NOTIFICATION OF ALLEGED HAZARD(S)

Employer Name:  Dollar Tree Distribution Center

Complaint Number: 1799532

Date of Posting:  _08/19/2021_

Date Copy Given to an Employee Representative:  _____

On behalf of the employer, I certify that a copy of the complaint letter received from the Occupational Safety and Health Administration (OSHA), has been posted in a conspicuous place, where all affected employees will have notice, or near such location where the violation occurred, and such notice has been given to each authorized representative of affective employees, if any. This notice was or will be posted for a minimum of ten (10) working days or until any hazardous conditions found are corrected.

_____
Signature

_____
Title

I'll be there @3:40PM

Malik Williams <jarellewill@icloud.com>
Tue 11/15/2022 2:11 PM
To: The UPS Store #6947 <store6947@theupsstore.com>



2:05                                    SOS

cdc rat bite fever

ALL        Rat-bite Fever Statistics        Rat-b

**What diseases can you get from a rat bite?**

**Diseases Spread Directly by Rodents**

1. Plague. Plague is perhaps the most recognizable disease spread by rats and is infamous for its devastation of Europe in the middle Ages.

2. Rat-Bite Fever. Rat-bite fever (RBF) is caused by the bacteria Streptobacillus moniliformis. ...

3. Hantavirus Pulmonary Syndrome. ...

4. Leptospirosis. ...

5. Salmonellosis. ...

More items...



11 Diseases You Can Get From Mice and
Rat...
www.animalwised.com/10-rat-diseases-...

<     Back     News     Homepage     [1] Tabs     Apps

2:07     SOS

rat fever symptoms

**PEOPLE ALSO ASK**

ALL     Rat-bite Fever Symptoms     Rat-

What are rat-bite fever symptoms? ⌄

**What is the cause of rat bite fever?** ⌃

Rat Bite Fever. Rat-bite fever (RBF) is an
infectious disease caused by two
different bacteria: People typically
become infected with these bacteria after
contact with rodents carrying the
bacteria. A person can also get infected
through consumption of food or water



contaminated with the urine and droppings of rodents carrying the bacteria.

Rat Bite Fever (RBF) | CDC
www.cdc.gov/rat-bite-fever/index.html

**Search for:** What is the cause of rat bite fever?

| Back | News | Homepage | Tabs | Apps |

2:08                                    SOS

🔒 https://www.cdc...

**CDC** Centers for Disease Control and Prevention

Rat-bite Fever (RBF)

# Who Is at Risk

Any person who comes into contact with the bacteria that cause RBF is

at risk for becoming sick with the disease. Remember, without early diagnosis and appropriate treatment, RBF can cause severe disease and death. People who may be at greater risk for RBF infection include:

- Those who have pet rats or other rodents in their home

- People who have live or frozen



treatment, RBF can cause severe disease and death. People who may be at greater risk for RBF infection

include:

- Those who have pet rats or other rodents in their home

- People who have live or frozen feeder rats or other rodents in their home

- People who have been bitten or scratched by a rat or other rodent

- Those who work with rats or other rodents, such as at animal research laboratories or pet stores



CAUTION! This email originated from outside of the organization. Please do not open attachments or click links from an unknown or suspicious origin.

WC-14  NOTICE OF CLAIM
# GEORGIA STATE BOARD OF WORKERS' COMPENSATION

Check only one: ☑ NOTICE OF CLAIM ONLY  ☐ REQUEST FOR HEARING / NOTICE OF CLAIM  ☐ REQUEST FOR MEDIATION / NOTICE OF CLAIM
**Complete a new Form WC-14 to add an additional employer, insurer or to add date of injury.**
If you need additional space, do not alter this form, but instead attach additional sheets. **Must be typed or printed in black ink.**

| Board Claim No. | Employee Last Name **Williams** | Employee First Name **Malik** | M.I. **J** | Date of Injury **12/1/2021** |
|---|---|---|---|---|

## A. CLAIM INFORMATION

| **EMPLOYEE** | Birthdate **09/28/1995** | County of Injury **Chatham** | Mailing Address **51 Fiore Dr.** | | |
|---|---|---|---|---|---|
| Employee E-mail | Phone Number **912-572-8094** | | City **Savannah** | State **GA** | Zip Code **31419** |

| **EMPLOYER** | Name **Dollar Tree Inc.** | **INSURER/ SELF- INSURER** | Name | SBWC# (five digit #) |
|---|---|---|---|---|
| Mailing Address **151 Crossroads PKWY.** | | Mailing Address | | |
| City **Port Wentworth** | State **GA**   Zip Code **31407** | City | State | Zip Code |
| Employer E-mail | Phone Number **912-965-1994** | Insurer E-mail | Phone Number | |

| **ATTORNEY FOR EMPLOYEE/CLAIMANT** | Name | **ATTORNEY FOR EMPLOYER/INSURER** | Name | |
|---|---|---|---|---|
| Mailing Address | GA Bar Number | Mailing Address | | GA Bar Number |
| City | State   Zip Code | City | State | Zip Code |
| Attorney E-mail | Phone Number | Attorney E-mail | Phone Number | |

| 1. Part of Body Injured **Brain and Stomach, nervous system** | 2. First Date Disabled **12/10/2021** | 3. If Fatal – Enter complete date of death Claimants for death benefits (list names & addresses) attach additional sheets |
|---|---|---|

4. Description of Accident
**I vomit a lot and medicine only stop the headaches**

## B. HEARING / MEDIATION ISSUES

| | | |
|---|---|---|
| ☐ Income Benefits | ☐ TTD(Dates) ___ | ☐ Medical Benefits   List Benefits: |
| | ☐ TPD(Dates) ___ | |
| | ☐ PPD(Dates) ___ | ☐ Suspension / Termination Request   Effective Date |
| ☐ Dependency Benefits   ☐ Burial Expenses | | Reason: |

☐ Penalties / Assessed Attorney Fees
   ☐ §34-9-221e   ☐ §34-9-108b (1)   ☐ §34-9-108b(2)   ☐ Other

| ☐ Request for Catastrophic Designation   Specify: | ☐ Appeal of Rehabilitation Decision   Specify: |
|---|---|
| ☐ Other Hearing Issues   Specify: | Additional Board Claim Numbers which will be involved (if any): ___ (Complete a separate form WC14 for each date of accident) |

## C. AFFIRMATION OF FILING PARTY
☑ I, [the person whose name appears above], attest and affirm that all information contained herein is true and correct to the best of my knowledge. I understand that knowingly giving false information to obtain or deny workers' compensation benefits subjects me to civil and criminal penalties.

## D. ENTRY OF APPEARANCE
☑ I hereby certify to the existence of a valid fee contract in compliance with Board Rule 108 or a Form WC-102B in compliance with Board Rule 102. (fee contract or WC-102B has been previously filed or is attached)

## E. CERTIFICATE OF SERVICE
☑ I hereby certify that I have today sent a copy of this form to all of the parties and sent this form to the State Board of Workers' Compensation, 270 Peachtree St., NW, Atlanta, Georgia 30303-1299.

| Print Name **Malik Ja'relle Williams** | Signature **Malik J Williams** | Date **10/04/2022** |
|---|---|---|
| Phone Number **912-572-8094** | E-mail **Jarellewill@icloud.com** | |

**IF YOU HAVE QUESTIONS PLEASE CONTACT THE STATE BOARD OF WORKERS' COMPENSATION** at 404-656-3818 OR 1-800-533-0682 OR VISIT http://www.sbwc.georgia.gov

WILLFULLY MAKING A FALSE STATEMENT FOR THE PURPOSE OF OBTAINING OR DENYING BENEFITS IS A CRIME SUBJECT TO PENALTIES OF UP TO $10,000.00 PER VIOLATION (O.C.G.A. § 34-9-18 AND § 34-9-19).

| WC-14 | REVISION 7/2022 | 14 | NOTICE OF CLAIM |
|---|---|---|---|

For injuries occurring on or after July 1, 2007, any claim filed with the Board for which neither medical nor income benefits have been paid shall stand dismissed with prejudice by operation of law if no hearing has been held within five years of the alleged date of injury. (O.C.G.A. § 34-9-100)

The defendant oppression almost killed me during a global pandemic. They abused their power and I had to cope with rodents that were there before my employment started. These problems were prolonged for financial profit. I took photos of the rodents in my surrounding because I need proof of their existence. I apologize in advance for disobeying the electronic rules in the Dollar Tree Inc. handbook. The cruel treatment of possessing a disease from the job multiple times still hurt me to this day.

§ 51-12-5.1 - Punitive damages (b) Punitive damages may be awarded only in such tort actions in which it is proven by clear and convincing evidence that the defendant's actions showed willful misconduct, malice, fraud, wantonness, oppression, or that entire want of care which would raise the presumption of conscious indifference to consequences.

My Closing is these rodents can be handled by professionals. Instead I was assigned to exterminate these animals and keep ding my ordinary duties. There were infestations in many areas inside of the warehouse. This problem may still exist in the warehouse I worked inside. The punitive damages award will alert Dollar Tree Inc. to handle these issues better. These moments in my life disturb me to this day.

11/14/2022

Malik Ja'relle Williams

# ASSOCIATE HANDBOOK

**DOLLAR TREE** | **FAMILY DOLLAR**



## DISTRIBUTION CENTERS

July 2020



# U.S. District Court

### Georgia Southern - Savannah, 8 Southern Oaks Ct., Savannah, GA 31405 - PH: 912-650-4020

Receipt Date: Nov 15, 2022 4:17PM

Malik Williams
51 Fiore Dr.
Savannah, GA 31419

Rcpt. No: 400000247                    Trans. Date: Nov 15, 2022 4:17PM                    Cashier ID: #WP

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | Amt |
|----|--------|-----|
| CC | Credit Card | $402.00 |
| | Total Due: | $402.00 |
| | Total Tendered: | $402.00 |
| | Total Cash Received: | $0.00 |
| | Cash Change Amount: | $0.00 |

**Comments**: CV422-273

Thank you for your payment. Only when the check or money order clears the bank or the credit of funds are verified by the bank, will the fee or debt be officially paid or discharged. A $53 fee will be charged for a returned payment. Should you wish to pay on-line, by Credit Card or ACH, please visit our website at https://www.gasd.uscourts.gov/ and click on the Pay.gov tab.