AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MALIK JA'RELLE WILLIAMS,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:22-cv-273

DOLLAR TREE, INC.,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated September 19, 2023, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion, as modified. Therefore, this case is dismissed with prejudice and all pending motions are terminated as moot. This action stands closed.

Approved by: _(signed)_

September 27, 2023
Date

John E. Triplett, Clerk of Court
Clerk

_(signed) Jamie Hodge_
(By) Deputy Clerk

GAS Rev 10/2020